248 U. S.    Cases Disposed of Without Consideration by the Court.

No. 800. GRAND LODGE OF THE BROTHERHOOD OF RAILROAD TRAINMEN v. SALLIE ANN GROVES. January 27, 1919. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Henry P. Blair* for petitioner. *Mr. W. Gwynn Gardiner* for respondent.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM OCTOBER 7, 1918, TO MARCH 3, 1919.

No. 236. UNITED STATES v. FEDERAL PUBLISHING COMPANY; and

No. 237. UNITED STATES v. BUTTERICK COMPANY. Error to the District Court of the United States for the Southern District of New York. October 8, 1918. Dismissed, on motion of *Mr. Assistant to the Attorney General Todd* for the United States. *Mr. Herbert Noble* for defendants in error.

---

No. 693. BRUNSWICK-BALKE-COLLENDER COMPANY v. WALTER H. EVANS ET AL. Appeal from the District Court of the United States for the District of Oregon. October 8, 1918. Docketed and dismissed with costs, on motion of *Mr. Frederick S. Tyler* for appellees. *Mr. Lawrence A. McNary* for appellees. No one opposing.